# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| DEREK T. TROUTMAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 6:22-cv-00395-JDK |
| § | |
| TEVA PHARMACEUTICALS USA, INC., § | |
| AND TEVA SALES AND MARKETING, § | |
| INC., § | |
| § | |
| Defendants. § | |

## JOINT SETTLEMENT REPORT

Plaintiff Derek T. Troutman and Defendants Teva Pharmaceuticals USA, Inc. and Teva Sales and Marketing, Inc. (together, "Teva") submit the following Joint Settlement Report, as required by Section I(b) of the Court's Third Amended Scheduling Order (ECF No. 60):

On June 6, 2024, Plaintiff Derek Troutman, Plaintiff's counsel Clark Will and Danny Wash, Teva's corporate representative – Senior Director and Associate General Counsel Jennifer Morris Cohen, and Teva's counsel David Jordan and Luke MacDowall, attended a mediation with Alan Levin of the Levin Law Group, at 4900 Fournace Place, Bellaire, Texas 77401. Despite appearing in good faith and making meaningful progress toward settlement, the parties were unable to reach an agreeable resolution. The prospect of a settlement before trial is unlikely.

Dated: June 12, 2024                                                Respectfully submitted,

| | |
|---|---|
| */s/ Clark Will* | */s/ David B. Jordan* |
| Clark B. Will | David B. Jordan (Attorney-in-Charge) |
| Texas Bar No. 21502500 | State Bar No. 24032603 |
| The Law Office of Clark B. Will, P.C. | Federal I.D. No. 40416 |
| Member of Kilgore & Kilgore | djordan@littler.com |
| 3141 Hood Street, Suite 500 | Luke C. MacDowall |
| Dallas, TX 75219 | State Bar No. 24104445 |
| Telephone: (214) 379-0834 | Federal I.D. No. 2983511 |
| Facsimile: (214) 379-0838 | lmacdowall@littler.com |
| cbw@kilgorelaw.com | Ariel Perez |
| | State Bar No. 24130892 |
| and | Federal ID No. 3800712 |
| | arperez@littler.com |
| Danny C. Wash | LITTLER MENDELSON P.C. |
| State Bar No. 20896000 | 1301 McKinney Street, Suite 1900 |
| Wash & Thomas | Houston, TX 77010 |
| 6613 Sanger Ave. | 713.951.9400 (Telephone) |
| Waco, Texas 76710 | 713.951.9212 (Telecopier) |
| (254) 776-3611 | |
| (254) 776-9217 - Fax Number | Melinda J. Wetzel |
| danwash@washthomas.com | State Bar No. 24115637 |
| | mwetzel@littler.com |
| **ATTORNEYS FOR PLAINTIFF** | LITTLER MENDELSON P.C. |
| | 100 Congress Avenue, Suite 1400 |
| | Austin, TX  78701 |
| | 512.982.7250 |
| | 512.982.7248 (Fax) |
| | |
| | **ATTORNEYS FOR DEFENDANTS** |

## CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of June, 2024, a true and correct copy of the foregoing *Joint Settlement Report* was filed via CM/ECF, and served via the Court's e-filing system, email, and/or United States mail to the individuals listed below:

Clark B. Will
THE LAW OFFICE OF CLARK B. WILL, P.C.
Member of Kilgore & Kilgore, PLLC
3141 Hood Street, Suite 500
Dallas, Texas 75219
cbw@kilgorelaw.com

Danny C. Wash
WASH & THOMAS
Attorneys at Law
6613 Sanger Ave.
Waco, Texas 76710
danwash@washthomas.com

**ATTORNEYS FOR PLAINTIFF**

      */s/ Luke C. MacDowall*
      Luke C. MacDowall