IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **DEREK T. TROUTMAN** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No.: 6:22-CV-395-JDK |
| **TEVA PHARMACEUTICALS USA, INC. AND TEVA SALES AND MARKETING, INC.** | § § § § § | |
| *Defendants*. | § | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Please take notice that William S. Hommel, Jr. enters his appearance as counsel of record for Plaintiff Derek T. Troutman and requests that all correspondence, motions, notices, and pleading in this action be served at the following address:

William S. Hommel, Jr.
Hommel Law Firm PC
5620 Old Bullard Road, Suite 115
Tyler, Texas 75703
903-596-7100 Phone/Facsimile
bhommel@hommelfirm.com
nmoore@hommelfirm.com

Please add the name of William S. Hommel, Jr. to all service lists in this matter, including the e-filing service list.

        Respectfully submitted,

        /s/ *William S. Hommel, Jr.*
        William S. Hommel, Jr.
        State Bar No. 09934250
        bhommel@hommelfirm.com
        Hommel Law Firm PC
        5620 Old Bullard Road, Suite 115
        Tyler, Texas 75703
        903-596-7100 Telephone/Facsimile

        ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above and foregoing instrument has been served on all counsel of record in accordance with the Rules of Civil Procedure on this 24th day of June, 2024.

        /s/ *William S. Hommel, Jr.*
        William S. Hommel, Jr.